# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (includin accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate mem your household.

(Note: no schedules were provided; information is given as shown.)

| ASSETS | | | | LIABILITIES | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 10351 | 74 | | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule ** | 25426 | 00 | | Notes payable to banks—unsecured | | |
| Listed securities—add schedule | | | | Notes payable to relatives | 6500 | 00 |
| Unlisted securities—add schedule | | | | Notes payable to others | None | |
| Accounts and notes receivable: | | | | Accounts and bills due | None | |
| Due from relatives and friends * | 10000 | 00 | | Unpaid income tax | None | |
| Due from others | None | | | Other unpaid tax and interest | None | |
| Doubtful | None | | | Real estate mortgages payable—add schedule | 76063 | 95 |
| Real estate owned—add schedule *** | See below | | | Chattel mortgages and other liens payable | 6337 | 71 |
| Real estate mortgages receivable | None | | | Other debts—itemize: | | |
| Autos and other personal property | 14000 | 00 | | | | |
| Cash value—life insurance | | | | | | |
| Other assets—itemize: | | | | | | |
| small interest in oil well | 390 | 78 | credit | | | |
| pension fund | 19220 | 93 | | | | |
| shares in Onebane, Dono | 6500 | 00 | | Total liabilities | 88901 | 66 |
| IRAs | 2397 | 73 | | Net worth | 180885 | 52 |
| Total assets | 269787 | 18 | | Total liabilities and net worth | 269787 | 18 |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | No | | | Are any assets pledged? (Add schedule.) | No | |
| On leases or contracts | No | | | Are you defendant in any suits or legal actions? | No | |
| Legal Claims | No | | | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | withheld | | | | | |
| Other special debt | None | | | | | |

* Loan to Gardner Nursing Home made on April 12, 1991 to be repaid over the next seven (7) years at 10% interest
** See attached Legg Mason correspondence
*** $112,000.00 - family home, $20,000.00 - 5.2 acres of property in Feleciana Parish, #33,000.00 - condominium owned jointly with sister, Deborah Shannon, i.e., $16,500.00
**** Home mortgage with State National Mortgage Corp., P. O. Box 3297, Baton Rouge, Louisiana 70821-3297

Digitized by Google



**Legg Mason Wood Walker. Inc.**

106 Heymann Boulevard
P.O. Drawer 52328
Lafayette. LA 70505-2328
(318) 237-0510

June 20, 1991

Rebecca F. Doherty
P. O. Box 3507
Lafayette, LA  70502

Dear Becky,

     Listed below are the current assets in which you have a vested
interest here at Legg Mason:

Personal Account

     $ 1,139.98  money market account

IRA Account

     $   397.73  money market account
       8,142.00  U S Government obligations
       2,000.00  Insured Income Real Estate Partnership with
                 Franchise Finance

Jake's Account

     $17,355.00  U S Government obligations

     If you have any further questions, please call.

                                        Yours very truly,

                                        Fred G. Werner

FGW/dft

Member New York Stock Exchange. Inc.

Digitized by Google

| AO-10<br>Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics<br>Reform Act of 1989. Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br>Doherty, Rebecca F. | 2. Court or Organization<br>U.S. District Court, Western<br>District of Louisiana | 3. Date of Report<br>6/24/91 |
|---|---|---|
| 4. Title (Article III judges indicate active or<br>senior status; Magistrate judges indicate<br>full- or part-time)<br>Article III | 5. Report Type (check appropriate type)<br>X Nomination, Date_____<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br>1990 - 1991 |
| 7. Chambers or Office Address<br>P.O. Drawer 3507<br>Lafayette, LA 70502 | 102 Versailles Blvd., Suite 600 | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner | Onebane, Donohoe, Bernard, Torian, Diaz,<br>McNamara & Abell |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| Consultant | Gardner Nursing Home, Star City, AR (owned by my mother and sister) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| Salaray | Onebane, Donohoe, Bernard, Torian, Diaz, McNamara & Abell | $126,923.04 |
| Consulting Fee | Gardner Nursing Home | $3,010.00 |
| | | $_____ |
| | | $_____ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Rebecca F. Doherty | Date of Report<br>6/24/91 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.

| | SOURCE | DESCRIPTION |
|---|---|---|
| | [ ] NONE (No such reportable reimbursements or gifts) | |
| 1 | Onebane, Donohoe, Bernard, et al | travel expense for legal work & seminar |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | [X] NONE (No such reportable gifts) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | [X] NONE (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rebecca F. Doherty | 6/24/91 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of report- ing individual and spouse, "(B)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemp- tion) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 (1) unit in oil well | A | credit | J | V | well, drilled | 2/91 | J | A | Source Petro | |
| 2 owned jointly with James E. Diaz, Sr. | | | | | | | | | leum, Inc. | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=$100,001 to $250,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=more than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Rebecca F. Doherty | Date of Report<br>6/24/91 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Well interest owned is in the name of James E. Diaz, Sr. Two and one half

units are owned jointly, one and a half owned by James E. Diaz, Sr. and

one unit is owned by Rebecca F. Doherty

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicator function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

ORIGINAL SIGNED BY
REBECCA F. DOHERTY

Signature _____     Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google